# Court of Appeals
# of the State of Georgia

ATLANTA,  March 30, 2021

*The Court of Appeals hereby passes the following order:*

**A21A1229. ANTONIO HARRIS v. THE STATE.**

A jury found Antonio Harris guilty of felony murder and other offenses, and the trial court imposed a sentence of life in prison on the felony murder conviction. After the trial court denied his motion for a new trial, Harris appealed to this Court. We lack jurisdiction.

The Supreme Court has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed." Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (8). Because a penalty of death may be imposed for the crime of felony murder, jurisdiction is proper in the Supreme Court. See OCGA § 16-5-1 (c), (e) (1); *Neal v. State*, 290 Ga. 563, 572 (722 SE2d 765) (2012) (Hunstein, C. J., concurring); see also *State v. Thornton*, 253 Ga. 524, 524 (1) (322 SE2d 711) (1984) (directing this Court to transfer "all cases in which either a sentence of death or of life imprisonment has been imposed upon conviction of murder"), overruled in part on other grounds as recognized in *Elliott v. State*, 305 Ga. 179, 205 (III) (C) (i) (824 SE2d 265) (2019). Accordingly, Harris's appeal is hereby TRANSFERRED to the Supreme Court for disposition.

*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  03/30/2021*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____ *, Clerk.*